# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2015

149534

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

OSCAR COLEMAN, JR.,
      Defendant-Appellant.

SC: 149534
COA: 321029
Chippewa CC: 13-001055-FH

_____/

On order of the Court, the application for leave to appeal the April 30, 2014 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Lockridge* (Docket No. 149073) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2015 _____


                    Clerk

h0223